# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| HEYBURN II, JOHN G. | U.S.D.C.KENTUCKY WESTERN | 01/25/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Court Judge (Active) | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2012 to 12/31/2012 |

**7. Chambers or Office Address**

262 U.S. Courthouse
Louisville, KY 40202

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEYBURN II, JOHN G. | 01/25/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 02/15/12 | Norton Healthcare, Inc. - Director's Fee/Expense Reimbursement |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✔] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEYBURN II, JOHN G. | 01/25/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Capital One Visa | Credit Card | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEYBURN II, JOHN G. | 01/25/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. I.S. Trust See note #1 | D | Dividend | | | | | | | |
| 2. F.F.S. Trust See note #1 | C | Dividend | | | | | | | |
| 3. HILLIARD LYONS TRUSTEE(IRA)- | D | Dividend | N | T | | | | | |
| 4. Fidelity Mon. Mark | | | K | T | | | | | |
| 5. Berkshire Hathaway- | | | L | T | | | | | |
| 6. Ishares Tr. Emerging | | | K | T | | | | | |
| 7. Ishares Russell 1000 Index | | | K | T | | | | | |
| 8. SPDR Dow REIT | | | K | T | | | | | |
| 9. HILLIARD LYONS TRUSTEE (IRA)- | D | Dividend | N | T | | | | | |
| 10. Fidelity Mon. Mkt. | | | J | T | | | | | |
| 11. Ishares Emerg. Mkt | | | L | T | | | | | |
| 12. IShares Russell 1000 | | | L | T | | | | | |
| 13. SPDR Dow REIT | | | L | T | | | | | |
| 14. Artisan Mid-Cap | | | J | T | | | | | |
| 15. Banon Asset Fd. | | | J | T | | | | | |
| 16. Eagle Small Cap Fd. | | | J | T | | | | | |
| 17. Goldman Saks Growth Opp.Fd. | | | J | T | Buy | 1/30/ | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEYBURN II, JOHN G. | 01/25/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Harbor Int. Fd. | | | K | T | | | | | |
| 19. Harding Equity | | | K | T | | | | | |
| 20. T. Rowe Price Growth | | | L | T | | | | | |
| 21. T. Rowe Price Equity | | | L | T | | | | | |
| 22. Royce Fd. | | | J | T | | | | | |
| 23. OTHER INVESTMENTS | | | | | | | | | |
| 24. Allergan Inc. | A | Dividend | J | T | Buy | 1/30/ | J | | |
| 25. Amazon | A | Dividend | J | T | | | | | |
| 26. American Europacific Fd. | A | Dividend | K | T | | | | | |
| 27. American European Gr. Fd. | A | Dividend | J | T | | | | | |
| 28. American Fds. New World Fd. | A | Dividend | K | T | | | | | |
| 29. American Growth Fd. | A | Dividend | K | T | | | | | |
| 30. American Small Cap Fd. | A | Dividend | M | T | | | | | |
| 31. Berkshire Hathaway | A | Dividend | M | T | | | | | |
| 32. Blackrock Liquidity Fd. | A | Dividend | J | T | | | | | |
| 33. Brown Forman Inc. | A | Dividend | L | T | | | | | |
| 34. Capital Inc. Builder | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEYBURN II, JOHN G. | 01/25/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Chevron Corp. | B | Dividend | L | T | Sold (part) | 12/23 | K | | |
| 36. Clorox Co. | A | Dividend | L | T | Sold (part) | 12/23 | K | | |
| 37. Colgate Palmolive | A | Dividend | L | T | | | | | |
| 38. Disney Co. | A | Dividend | K | T | | | | | |
| 39. Exxon Mobil | B | Dividend | M | T | | | | | |
| 40. FMC Corp. | A | Dividend | J | T | Buy | 1/30/ | J | | |
| 41. Home Depot Inc. | A | Dividend | K | T | | | | | |
| 42. IBM | A | Dividend | J | T | Buy | 1/30/ | J | | |
| 43. Ishares Tr. Emerging Mkt. | A | Dividend | K | T | | | | | |
| 44. Ishares Russell Mid-Cap | A | Dividend | K | T | | | | | |
| 45. Ishares Russell 1000 Ind. | A | Dividend | K | T | | | | | |
| 46. Ishares Russell 2000 Ind. | A | Dividend | K | T | | | | | |
| 47. Intell Corp. | A | Dividend | J | T | Buy | 1/30/ | J | | |
| 48. Microsoft | A | Dividend | M | T | | | | | |
| 49. Proctor & Gambill | B | Dividend | L | T | | | | | |
| 50. Schlumberger Ltd | A | Dividend | L | T | | | | | |
| 51. SRDR Dow ETF | A | Dividend | J | T | Buy | 1/30/ | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEYBURN II, JOHN G. | 01/25/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. US Wireless Online, Inc. | A | Dividend | J | T | | | | | |
| 53. Unitedhealth Care | A | Dividend | J | T | Buy | 1/30/ | J | | |
| 54. Walgreen Company | A | Dividend | K | T | Sold (part) | 4/19/ | J | | |
| 55. TRUST - ( Tr.) | D | Dividend | M | T | | | | | |
| 56. Blackrock Liquidity Fd. | | | J | T | | | | | |
| 57. Fidelity Advisor Fd. | | | K | T | | | | | |
| 58. Ishares Tr. (various) | | | K | T | | | | | |
| 59. Templeton Global Bd. Fd. | | | K | T | | | | | |
| 60. TRUST (MPS Non-exempt Tr.) - Armanda Money Mkt.Fd. | D | Dividend | M | T | | | | | |
| 61. PNC Money Market Fd. | | | J | T | | | | | |
| 62. Fidelity Advisor Fd. | | | J | T | | | | | |
| 63. Ishares Fd. (various) | | | J | T | | | | | |
| 64. T. Rowe Price Fd. | | | K | T | | | | | |
| 65. Vanguard Index Fd. | | | K | T | | | | | |
| 66. ING ReliaStar Ins.Co. Universal Life Policy | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HEYBURN II, JOHN G. | 01/25/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

NOTE 1 - The I.S. Trust and the F.F.S. Trust are trusts under which I am not a direct beneficiary. I am not a trustee and have no control over the investments. I receive income by assignment ▓▓▓▓▓▓▓▓ . Thus, individual investments within the trust are not necessary to be reported.

NOTE 2 - The MONY policy on the 2011 report was listed by mistake. It is a Term Policy not reportable. The "ING" policy is a Whole Life Policy. The value listed is the cash value.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **S/ JOHN G. HEYBURN II**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544